# United States Bankruptcy Court
## Northern District of California

In re    **Sonoma West Medical Center**            Case No.    **18-10665**

                               Debtor(s)                   Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sonoma West Medical Center**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 18, 2018** | **/s/ Douglas B. Provencher** |
| Date | **Douglas B. Provencher #77823** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Sonoma West Medical Center** |
| | **Provencher & Flatt LLP** |
| | **823 Sonoma Avenue** |
| | **Santa Rosa, CA 95404** |
| | **(707) 284-2380 Fax:(707) 284-2387** |
| | **dbp@provlaw.com** |