STEVEN G. POLARD (SBN 90319)
ROPERS, MAJESKI, KOHN & BENTLEY
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: steven.polard@rmkb.com

Attorneys for Creditor and Administrative Claimant,
SONOMA SPECIALTY HOSPITAL, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA

In Re

SONOMA WEST MEDICAL CENTER,

Debtor,

Case No.: 1:18-BK-10665-RLE

(Chapter 7)

**SONOMA SPECIALTY HOSPITAL'S LIMITED OBJECTION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH PALM DRIVE HEALTHCARE DISTRICT**

[No Hearing Set; Only If Court Deems
 Necessary on This Limited Objection
 Sonoma Specialty Hospital Would
 Request a Hearing on its Limited Objection]

1:18-BK-10665-RLE – SONOMA SPECIALTY HOSPITAL'S LIMITED OBJECTION TO MOTION FOR ORDER AUTHORIZING COMPROMISE

Case: 18-10665   Doc# 67   Filed: 08/12/19   Entered: 08/12/19 13:55:36   Page 1 of 3

Creditor and Administrative Claimant Sonoma Specialty Hospital ("SSH") has no objection to the Motion for Order Authorizing Compromise of Controversy between Timothy W. Hoffman, Trustee, ("Trustee") and Palm Drive Healthcare District ("Chapter 9 Debtor"), (the "Motion") unless the Order approving the settlement does not clarify that the settlement and order thereon <u>does not prejudice SSH's rights and administrative claims against the Trustee or any other party. SSH is a not party to the settlement nor to the Chapter 7 Court's prior approval of the settlement</u>. SSH notes that the Trustee enjoys a provision under the settlement agreement which purports to preserve his rights against SSH.

If the Court deems it necessary to go beyond noting that SSH was not and is not a party to the subject settlement, the Court is respectfully asked to take judicial notice of SSH's pending Motion for Allowance and Payment of Administrative Claims filed in this Chapter 7 case.

Perhaps it would be adequate for any issue as to this request be satisfied by requiring the Trustee to allow SSH to review and object to the Proposed Order approving the settlement if the language cannot be worked out with the Trustee, the Chapter 9 Debtor, and SSH. The Trustee's Counsel has already expressed a willingness to put a "no prejudice to SSH" provision in the Order but SSH has not received a proposed order with that language to date, and today is the last day to respond to the Motion.

If the Court believes a hearing is necessary on this very limited objection, then SSH respectfully requests a hearing on this matter.

Dated: August 12, 2019

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEVEN G. POLARD
Attorneys for Creditor and Administrative Claimant, SONOMA SPECIALTY HOSPITAL, LLC

| | |
|---|---|
| CASE NAME: | IN RE SONOMA WEST MEDICAL CENTER |
| ACTION NO.: | 1:18-BK-10665-RLE |

### CERTIFICATE OF SERVICE

I am a citizen of the United States over the age of 18 years, and not a party to the within action. My business address is 445 S. Figueroa Street, Suite 3000, Los Angeles, CA 90071.

I served the document described as: **SONOMA SPECIALTY HOSPITAL'S LIMITED OBJECTION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH PALM DRIVE HEALTHCARE DISTRICT** by:

**NEF/ CM/ECF.** Pursuant to controlling General Orders and LBR, the above document(s) was served by the Court, on the Registered Participants who have consented to electronic service, via the court's CM/ECF electronic mail (Email) system

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on August 12, 2019.

| | |
|---|---|
| Melissa Tamura | /s/ Melissa Tamura |
| Type Name | Signature |

4811-5252-6239.1 - 2 - 1:18-BK-10665-RLE – REQUEST FOR ALLOWANCE AND PAYMENT ON ADMINISTRATIVE CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES

Case: 18-10665    Doc# 67    Filed: 08/12/19    Entered: 08/12/19 13:55:30    Page 3 of 3